IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASEER SHAKUR, also known as<br>DANIEL LEWIS,<br>    Petitioner, | :<br>:<br>: | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-1576 |
| | : | |
| CYNTHIA LINK, *et al.*,<br>    Respondents. | :<br>: | |

## **ORDER**

**AND NOW,** this day 9th of July, 2024, upon careful and independent consideration of the *pro se* petition for writ of habeas corpus, counseled amended petition, and associated briefing, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, as well as all objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **NOT APPROVED** to the extent it recommends granting habeas relief on Petitioner's claim of ineffective assistance of counsel for failing to object to the trial court's reasonable doubt jury instruction for the reasons set forth in the accompanying memorandum;

2. The Report and Recommendation is **APPROVED AND ADOPTED** in all other respects;

3. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing; and

4. There is no probable cause to issue a certificate of appealability.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.